

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00307-CV

## IN THE MATTER OF R.T.W., A JUVENILE

**From the County Court at Law
Coryell County, Texas
Trial Court No. JV-08-1992**

## MEMORANDUM  OPINION

R.T.W. filed a waiver of appeal about one month after he filed his notice of appeal.  The waiver is signed by R.T.W., his attorney, and his mother.  The Clerk of this Court notified R.T.W.'s parents[1] that the appeal may be dismissed because of this waiver if no response was filed showing grounds for continuing the appeal.  The Court has received no response.  Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

---

[1]     The trial court permitted R.T.W.'s court-appointed counsel to withdraw after R.T.W. signed the waiver of appeal.

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 26, 2008
[CV06]